IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| DOROTHY D. MCCAY (INGLIS), | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 110972D |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERSON COUNTY ASSESSOR, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On December 14, 2011, the court sent the parties a Journal Entry instructing Plaintiff to notify the court and Defendant in writing if she planned to continue or withdraw her appeal within 14 days from the date of the Journal Entry. The Journal Entry advised that failure to comply with the deadlines set forth therein would result in dismissal of Plaintiff appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's written statement if she plans to continue or withdraw her appeal or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this _____ day of January 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on January 13, 2012. The Court filed and entered this document on January 13, 2012.*